Aleksander Powietrzynski, Esq.
Winston & Winston, P.C.
*Attorneys for Defendant MRS BPO, LLC*
155 E. 44th Street, 5th Floor, Suite 142
New York, New York 10017
Tel: 212-922-9483
Alex@winstonandwinston.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD SCIBILIA, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MRS BPO, LLC and JOHN DOES 1 to 10,<br><br>    Defendants. | Civil Action No.: 2:21-cv-12684<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant MRS BPO, LLC ("MRS") hereby removes to this Court the state court action described below.

1. Plaintiff Edward Scibilia commenced an action in the Superior Court of New Jersey, Law Division, Essex County, State of New Jersey, entitled and captioned: *Edward Scibilia, on behalf of himself and those similarly situated v. MRS BPO, LLC and John Does 1 to 10* and assigned Case No.: ESX-L-003614-21. A copy of the Summons, Complaint, Civil Case Information Statement, Track Assignment Notice and Affidavit of Service served on MRS is attached and marked as Exhibit "A".

2. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by MRS pursuant to 28

U.S.C. § 1441 in that it presents a federal question, in that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

3. MRS was served on May 21, 2021. Accordingly, this removal is timely.

4. To the best of the undersigned's knowledge, no other pleadings or documents, other than the documents attached hereto, have been filed in this matter.

5. As required by 28 U.S.C. § 1446(d), MRS will give notice of the filing of this notice to the Plaintiff and to the clerk of the Essex County District Court, State of New Jersey, where the action is currently pending.

WHEREFORE, MRS respectfully requests that the above captioned matter currently pending in the Superior Court of New Jersey, Law Division, Essex County, State of New Jersey, be removed to this Honorable Court.

Date: New York, New York
June 16, 2021

s/ Aleksander Powietrzynski
Aleksander Powietrzynski
WINSTON & WINSTON, PC.
*Attorneys for Defendant MRS BPO, LLC*
155 E. 44th Street, 5th Floor, Suite 142
New York, New York 10017
Telephone: (212) 922-9483
Facsimile: (212) 922-9484
*Email: Alex@winstonandwinston.com*

Aleksander Powietrzynski, Esq.
Winston & Winston, P.C.
*Attorneys for Defendant MRS BPO, LLC*
155 E. 44th Street, 5th Floor, Suite 142
New York, New York 10017
Tel: 212-922-9483
Alex@winstonandwinston.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWARD SCIBILIA, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MRS BPO, LLC and JOHN DOES 1 to 10,<br><br>    Defendants. | Civil Action No.: 2:21-cv-12684<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 16, 2021, a copy of the Notice of Removal (Federal Question) was filed electronically. I also certify that a copy of the Notice of Removal (Federal Questions) was served by email to the following parties:

Yongmoon Kim, Esq.
Kim Law Firm LLC
411 Hackensack Ave, Suite 701
Hackensack, NJ 07601
*Attorneys for Plaintiff*

Ronald I. LeVine, Esq.
Eileen L. Linarducci, Esq.
Law Office of Ronald I. LeVine, Esq.
210 River St, Suite 11
Hackensack, NJ 07601
*Attorneys for Plaintiff*

/s/ Aleksander Powietrzynski
Aleksander Powietrzynski
WINSTON & WINSTON, PC.
*Attorney for Defendant MRS BPO, LLC*
155 E. 44th Street, 5th Floor, Suite 142New York, New York 10017
Telephone: (212) 922-9483
Facsimile: (212) 922-9484
*Email: Alex@winstonandwinston.com*